UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY F. ROBINSON,

          Petitioner,

    v.

KEN QUINN,

          Respondent.

Case No. C06-5217 FDB/KLS

ORDER GRANTING MOTION FOR
LEAVE TO FILE OVERLENGTH
TRAVERSE

     This habeas case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the court is the motion of Petitioner Gary F. Robinson for leave to file an overlength traverse in support of his petition for writ of habeas corpus.  Mr. Robinson's proposed memorandum is 35 pages long.  Respondent has filed no opposition to the motion.

     The court finds that leave shall be granted and therefore, petitioner's motion (Dkt. # 16) is **GRANTED**.

     DATED this  6th  day of September.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1