UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY F. ROBINSON,

        Petitioner,

    v.

KEN QUINN,

        Respondent.

Case No. C06-5217 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

    The Court, having reviewed the petition for writ of habeas corpus, Respondent's answer, Petitioner's traverse, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's writ of habeas corpus (Dkt. # 4) is **DENIED**; and

    (3)    The Clerk is directed to send copies of this Order to petitioner, counsel for respondent and to the Hon. Karen L. Strombom.

    DATED this 26th day of October, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1