HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY F. ROBINSON,

        Petitioner,

   v.

KEN QUINN,

        Respondent.

Case No. C06-5217 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for a Certificate of Appealability [Dkt. #28].

Having considered the entirety of the records and file herein, the Court rules as follows:

For the reasons stated in the Report and Recommendation [Dkt. #20], this Court declines to issue a certificate of appealability because petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

**IT IS SO ORDERED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 14th day of December, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1